IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TOMMY DODSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No.  **05-4068-GPM** |
| | ) | |
| **LOWE'S HOME CENTER, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's[1]  motion to compel defendants General Electric Company

and Lowe's Home Centers to fully respond to plaintiff's interrogatories and requests for

production of documents.  **(Doc. 48).**  Plaintiff has not specifically enumerated which discovery

requests are at issue; rather, plaintiff has submitted 80 pages of documentation the Court is

presumably supposed to wade through in search of disputed requests.  "Judges are not like pigs,

hunting for truffles buried in briefs."  ***U.S. v. Dunkel*, 927 F.2d 955, 956 (7th Cir. 1991).**

Therefore, plaintiff's motion to compel **(Doc. 48)** is **STRICKEN**.  Plaintiff is free to file another

motion specifying precisely which discovery requests are at issue, e.g., "Plaintiff's

Interrogatories propounded 12/15/05, Nos. 3-5 and 8."

With that said, plaintiff *correctly* observes that defendants' effort to secure a protective

order in this case was unsuccessful and, therefore, the continued withholding of responsive

information and documents would be inappropriate.   Defendants have not moved anew for a

---

[1]The Court notes that the complaint is brought solely by Tommy Dodson; Iuka Mutual
Insurance Company, although a subrogee of Dodson, is not formally a party.

protective order, despite the Court's invitation to do so.  Therefore, defendants would be well advised to review their discovery responses to ensure they are complete and up to date so that the discovery process is not impeded or delayed.

**IT IS SO ORDERED.**

**DATED: April 20, 2006**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**